8:26-cv-00712

Nebraska District Court Lancaster County

Veronica Valentine
on Behalf of Her Son
William Davarius Willis
V.
Nebraska Department of Corrections
Reception Treatment Center

Case #
"Hapeas Petition"

Now Comes Veronica Valentine on Behalf of Her son William Willis #221404 and moves the Court for a writ of Hapeas Corpus freeing her son William Willis from his illegal restraint, as and for her petition She shows as follows:

1. William D Willis is illegally restrainted of his Lipertyin that he had been 17, When originally to young to be Charged as a adult, And Art. 3.5, 2 CL, 2,.

We, Therefore, pray that Court will enforce Art 3. S., 2 Cl., 2., . Petitioner is a pauper, and prays leave to proceed herein "informapauperis," in Support whereof she annexes her poverty affidavit.

SUBSCRIBED & SWORN to BeFore me this NOV 13 day of 2026

Veronica Valentine
4826 Manderson St
Omaha, Ne 68104